Isaac A. POTTER, JR., Plaintiff–Appellant,

v.

Roberta S. BREN and Oblon Spivak, Defendants–Appellees,

and

Michelle K. Lee, Deputy Director, U.S. Patent and Trademark Office, and Linda M. King, Defendants–Appellees.

Isaac A. Potter, Jr., Plaintiff–Appellant,

v.

Roberta S. Bren and Oblon Spivak, Defendants–Appellees,

and

Michelle K. Lee, Deputy Director, U.S. Patent and Trademark Office, and Linda M. King, Defendants–Appellees.

Nos. 2014–1379, 2014–1505.

United States Court of Appeals, Federal Circuit.

Aug. 28, 2014.

Isaac A. Potter, Jr., Orlando, FL, for Plaintiff–Appellant.

Robert Carter Mattson, Oblon, Spivak, McClelland, Maier & Neustadt, LLP, Benjamin T. Hickman, U.S. Attorney's Office, Alexandria, VA, for Defendants–Appellees.

## ORDER

PER CURIAM.

On July 24, 2014, this court dismissed-in-part and affirmed-in-part the above-captioned appeals. Mr. Potter has now filed a "Motion for an Order to Show Cause," a "Motion to Challenge Jurisdiction in the United States Court of Appeals for the Federal Circuit," and a "Motion for Relief from Judgment."

To the extent that Mr. Potter is seeking reconsideration of this court's July 24, 2014 order, he has not shown entitlement to relief.

Accordingly,

It Is Ordered That:

All pending motions are denied.